08-0438-pr
Coleman v. Sutton

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV), THE PARTY CITING THE SUMMARY ORDER MUST FILE AND SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED. IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of December, two thousand nine.

PRESENT: DENNIS JACOBS,
<u>Chief Judge</u>,
PETER W. HALL,
<u>Circuit Judge</u>,
J. GARVAN MURTHA,
<u>District Judge</u>.*

- - - - - - - - - - - - - - - - - - - - - -X
DERRICK COLEMAN,
<u>Plaintiff-Appellant</u>,

-v.-                                     08-0438-pr

DR. SUTTON, M.D., in his/her
individual and official capacity,

---

\* J. Garvan Murtha, Senior District Judge of the United States District Court for the District of Vermont, sitting by designation.

1

**WELLBURN, R.N., in his/her individual and official capacity,**

　　　**Defendant-Appellees.**

- - - - - - - - - - - - - - - - - - - - - -X

**APPEARING FOR APPELLANT:**　　Derrick Coleman, pro se, Pine City, New York.

**APPEARING FOR APPELLEES:**　　Andrew M. Cuomo, Attorney General of the State of New York, Albany, New York; Barbara D. Underwood, Andrea Oser, and Rajit Dosanjh, Office of the Attorney General, Albany, New York.

　　Appeal from a judgment of the United States District Court for the Western District of New York (Larimer, J.).

　　**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

　　Derrick Coleman appeals from the judgment of the district court granting summary judgment to defendants Reginald Sutton and Tamela Welburn. Coleman alleges that defendants violated his First Amendment rights by retaliating against him for raising oral complaints regarding the medical care they provided him. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

　　We affirm for substantially the reasons stated in the district court's opinion. See Coleman v. Sutton, 530 F. Supp. 2d 451 (W.D.N.Y. 2008).

　　Finding no merit in Coleman's remaining arguments, we hereby **AFFIRM** the judgment of the district court.

　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　CATHERINE O'HAGAN WOLFE, CLERK
　　　　　　　　　　　　　By:


　　　　　　　　　　　　　_____